469 A.2d 309

Commonwealth v. Ross, Appellant.
Petition for Allowance of Appeal
Denied May 24, 1984.

Submitted November 30, 1983. David M. Axinn, Assistant Public Defender, for appellant; William G. Martin, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and HESTER, JJ.

Judgment of sentence affirmed.